**LOCAL BANKRUPTCY FORM 5071-1**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GERMAN M. MUNOZ | : | Chapter <u>13</u> |
| EUGENIA P. MUNOZ | : | |
| Debtor(s) | : | BANKRUPTCY NO. <u>5</u>-<u>15</u>-bk-<u>00376-RNO</u> |
| | : | |
| SANTANDER CONSUMER USA | : | ADVERSARY NO. _-_____-ap-_____ |
| Plaintiff(s)/Movant(s) | : | **(if applicable)** |
| vs. | : | |
| | : | Nature of Proceeding: <u>Motion For Stay Relief</u> |
| GERMAN M. MUNOZ | : | |
| EUGENIA P. MUNOZ | : | |
| | : | |
| | : | Document #: <u>37</u> |
| Defendant(s)/Respondent(s) | : | |
| | : | |

_____

## <u>REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE</u>[1]

This request must be filed at least twenty-four (24) hours prior to the hearing.  All requests must be approved by the Court.  Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties).  This is a first request for a continuance[2].

Reason for the continuance.

<u>Attorney for the debtor needs additional time to discuss the motion with his clients.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: <u>7/13/16</u>

/s/ William E. Craig
Attorney for <u>Santander Consumer USA</u>
Name: <u>William E. Craig, Esq.</u>
Phone Number: <u>856-866-0100</u>

_____

[1]  No alterations or interlineations of this document are permitted.

[2]  If this is not a first request for a continuance, then a Motion To Continue must be filed.