```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00376-RNO
German M. Munoz                                                     Chapter 13
Eugenia P. Munoz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: KDavis            Page 1 of 1           Date Rcvd: Jul 15, 2016
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
4788317        +Wilmington Savings Fund Society, FSB,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
                 Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor German M. Munoz tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Joint Debtor Eugenia P. Munoz tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-00376-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

German M. Munoz
800 Quincy Ave.
Scranton PA 18510

Eugenia P. Munoz
800 Quincy Ave.
Scranton PA 18510

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/14/2016.

Name and Address of Alleged Transferor(s):

Claim No. 8: Wilmington Savings Fund Society, FSB, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

Name and Address of Transferee:

BCAT 2014-4TT
C/O Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/17/16

Terrence S. Miller
**CLERK OF THE COURT**