```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-00376-RNO
German M. Munoz
Eugenia P. Munoz                                                        Chapter 13
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi              Page 1 of 2            Date Rcvd: Nov 23, 2016
                              Form ID: ordsmiss            Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db/jdb         +German M. Munoz,    Eugenia P. Munoz,    800 Quincy Ave.,    Scranton, PA 18510-1118
4746814        +Aaron's, Inc.,    340 South Washington Ave.,    Scranton, PA 18505-3815
4794611         American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
4746815        +Angelica Rivas,    802 Quincy Ave.,    Scranton, PA 18510-1118
4811455         BCAT 2014-4TT,    C/O Shellpoint Mortgage Servicing,     PO Box 10826,
                 Greenville, SC  29603-0826
4746817         Capital One, N.A.,    P.O. Box 17219,    Baltimore, MD 21297-1219
4746820        +City of Scranton,    c/o Northeast Revenue Svc.,    340 N. Washington Ave.,
                 Attn: Delinquent Waste Disposal,     Scranton, PA 18503-1582
4746821        +Comcast-PA,    Attn: Bankruptcy,    1555 Suzy St.,    Lebanon, PA 17046-8318
4746827        +Huntington Hospital,    270 Park Ave.,    Huntington, NY 11743-2799
4746828        +Lackawanna County Tax Claim,    135 Jefferson Ave.,     Scranton, PA 18503-1714
4746829        +Law Office of Stephen Einstein & Assoc.,,    39 Broadway, Suite 1250,    New York, NY 10006-3089
4746830        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,     Scranton, PA 18504-2005
4746832        +Manuel D. Gomez & Assoc., PC,    225 Broadway #1010,     New York, NY 10007-3779
4746833        +Mercantile Adjustment Bureau, Inc,    165 Lawrence Bell Drive, Ste. 100,
                 Williamville, NY 14221-7900
4746836        +NY State Dept. of Taxation & Finance,     Bankruptcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
4746834        +National Grid New York,    Attn: Mr. E. Negron - 13th Floor,     One Metro Center,
                 Brooklyn, NY 11249
4746835         Northland Group,    P.O. Box 129,    Thorofare, NJ 08086-0129
4746839         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
4746837         Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
4746838        +Phelan Hallinan Diamond & Jones, LLP,     One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,
                 Philadelphia, PA 19103-1814
4746842         Rushmore Loan Management Services,    Customer Service Department,     P.O. Box 55004,
                 Irvine, CA 92619-5004
4752908         SETERUS, INC.,    ATTN: BANKRUPTCY DEPT.,    PO BOX 1047,    HARTFORD, CT 06143-1047
4752909         SINGLE TAX OFFICE,    WILLIAM FOX, COLLECTOR OF TAXES,     PO BOX 709,   SCRANTON, PA 18501-0709
4752910        +SOUTH WHITEHALL TOWNSHIP,    BOARD OF AUTHORITY,    DEPARTMENT OF UTILITIES,
                 4444 WALBERT AVENUE,    ALLENTOWN, PA 18104-1619
4752911        +SOUTH WHITEHALL TOWNSHIP,    REFUSE/RECYCLING,    DEPARTMENT OF UTILITIES,    4444 WALBERT AVENUE,
                 ALLENTOWN, PA 18104-1619
4746844        +Scranton Sewer Authority,    312  Adams Ave.,    Scranton, PA 18503-1651
4746845        +Scranton Sewer Authority,    307 N. Washington Ave.,     Scranton, PA 18503-1501
4752913         VERONICA COHEN,   8616 80TH STREET,     WOODHAVEN, NY 11421-1108
4752912        +VERONICA COHEN,    2027 GIRARD AVE,    ALLENTOWN, PA 18104-1115
4788317        +Wilmington Savings Fund Society, FSB,     c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4767715         EDI: AIS.COM Nov 23 2016 19:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
4746816        +EDI: CAPITALONE.COM Nov 23 2016 19:13:00      Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
4751256         EDI: CAPITALONE.COM Nov 23 2016 19:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4751257         EDI: CAPITALONE.COM Nov 23 2016 19:13:00      Capital One, N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
4746818        +EDI: CHASE.COM Nov 23 2016 19:13:00      Chase,   PO Box 15298,   Wilmington DE 19850-5298
4746819        +EDI: CITICORP.COM Nov 23 2016 19:13:00      Citicards,   Box 6500,   Sioux Falls, SD 57117-6500
4746822        +EDI: RCSFNBMARIN.COM Nov 23 2016 19:13:00      CreditOne,   P.O. Box 98873,
                 Las Vegas, NV 89193-8873
4746826        +EDI: HFC.COM Nov 23 2016 19:13:00      HSBC Card Services,   P.O. Box 80084,
                 Salinas, CA 93912-0084
4746831        +EDI: RESURGENT.COM Nov 23 2016 19:13:00      LVNV Funding LLC,    P.O. Box 10497,
                 Greenville, SC 29603-0497
4748808         EDI: RESURGENT.COM Nov 23 2016 19:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4746840         E-mail/Text: bankruptcy@rentacenter.com Nov 23 2016 19:13:31       Rent-A-Center,
                 1630 Nay Aug Ave.,    Scranton, PA 18509-1868
4749430        +EDI: DRIV.COM Nov 23 2016 19:13:00      Santander Consumer USA INC,    PO BOX 560284,
                 Dallas, TX 75356-0284
4746843        +EDI: DRIV.COM Nov 23 2016 19:13:00      Santander Consumer USA Inc.,    Attn: Bankruptcy Dept.,
                 P.O. Box 961245,   Fort Worth, TX 76161-0244
4746846        +EDI: SWCR.COM Nov 23 2016 19:13:00      Southwest Credit,   4120 International Pkwy., Suite 1100,
                 Carrollton, TX 75007-1958
4746847        +EDI: WTRRNBANK.COM Nov 23 2016 19:13:00      Target National Bank,    c/o Target Credit Services,
                 P.O. Box 1581,   Minneapolis, MN 55440-1581
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4746848        +EDI: VERIZONEAST.COM Nov 23 2016 19:13:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                 Suite 550,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Shellpoint Mortgage Servicing,    P.O. Box 10826
cr*            Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
4811456*       BCAT 2014-4TT,   C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603-0826
4746823*      +Eugenia P. Munoz,    800 Quincy Ave.,    Scranton, PA 18510-1118
4746824*      +German M. Munoz,    800 Quincy Ave.,    Scranton, PA 18510-1118
4746825      ##+Grameen America, Inc.,    7216 Roosevelt Ave.,    Jackson Heights, NY 11372-6335
4746841      ##+RJM Acquisitions LLC,    575 Underhill Blvd. , Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor German M. Munoz tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Joint Debtor Eugenia P. Munoz tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc.
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                               TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| German M. Munoz<br>aka German Marcello Munoz, aka German Munoz,<br>dba GG Construction<br>Eugenia P. Munoz<br>aka Eugenia Patricia Munoz, aka Eugenia Munoz | Chapter 13<br>Case No. 5:16−bk−00376−RNO |

**Debtor(s)**

## Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: November 23, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: karendavis, Deputy Clerk