

[ Print ]

Subject: U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: German M. Munoz, Case Number: 16-00376, RNO, Ref: [p-102032103]
From: <USBankruptcyCourts@noticingcenter.com>
Sent: Nov 24, 2016 09:06:31 AM
To: tullio.deluca@verizon.net

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 25, 2016

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: German M. Munoz, Case Number 16-00376, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

Undeliverable Address:
Shellpoint Mortgage Servicing
P.O. Box 10826

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

_75 Beattie Pl., #300_
_Greenville SC 29601_

Undeliverable Address:
Grameen America, Inc.
7216 Roosevelt Ave.
Jackson Heights, NY 11372

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 8211 37TH AVE, JACKSON HEIGHTS NY 11372-7001 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

_8211 37th Ave._
_Jackson Heights, n.Y. 11372-7001_

Undeliverable Address:
RJM Acquisitions LLC
575 Underhill Blvd. , Suite 224
Syosset, NY 11791

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 1160, SYOSSET NY 11791-0489 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

_PO Box 1160_
_Syosset NY 11791-0489_

_[signature]_     _11/23/16_
Signature of Debtor or Debtor's Attorney     Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**