# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9ᵗʰ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

December 2, 2016

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: **German & Eugenia Munoz**
**Chapter 13 Bankruptcy**
**Case No. 5-16-00376**

Dear Sir/Madam:

I have received returned mail for **SCRANTON SEWER AUTHO.**, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 307 N WASHINGTON AVE SCRANTON, PA 18503-1501.Please be advised the correct information is as follows.

SCRANTON SEWER AUTHORITY
312 ADAMS AVE
SCRANTON, PA 18503

I served the MOTION TO DISMISS at the above address on (DEC. 2, 2016). Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/th